UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRANDON BERNARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00616-JRS-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Directing Supplemental Briefing**

The parties are directed to submit supplemental briefs on the following questions:

- Assuming that *Brady* and *Napue* claims based on newly discovered evidence and directed at the prisoner's sentence may, under some circumstances, satisfy 28 U.S.C. § 2255(e)'s savings clause, what is the proper test for determining whether a particular claim satisfies the savings clause?

- Specifically, is the proper test analogous to § 2255(h)(1)'s test for claims directed at a prisoner's conviction? *See* 28 U.S.C. § 2255(h)(1) (requiring "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense").

Both the government and Mr. Bernard **shall have until Friday, December 4, 2020, at 5:00 p.m.**, to submit supplemental briefs on this question.

**IT IS SO ORDERED.**

Date: 12/3/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Robert Carpenter
FEDERAL PUBLIC DEFENDER
john_carpenter@fd.org

Joseph H. Gay, Jr.
U.S. ATTORNEY'S OFFICE
joseph.gay@usdoj.gov

Robert C. Owen
LAW OFFICE OF ROBERT C. OWEN, LLC
robowenlaw@gmail.com