IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON BERNARD,<br><br>*Petitioner,*<br><br>v.<br><br>T.J. WATSON, Warden, Federal Correctional Complex (FCC) Terre Haute,<br><br>*Respondent.* | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>Case No.: 2:20-cv-00616-JRS-DLP<br><br>**\*CAPITAL CASE\***<br>**EXECUTION SCHEDULED FOR**<br>**DECEMBER 10, 2020** |

## DOCKETING STATEMENT

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of Appeals for the Seventh Circuit, Petitioner-Appellant Brandon Bernard hereby submits his Docketing Statement:

### I. Jurisdictional Statement

The United States District Court for the Southern District of Indiana had jurisdiction over this matter under 28 U.S.C. § 2241. This Court has jurisdiction under 28 U.S.C. § 1291. The date of entry of the order/judgment sought to be reviewed is December 8, 2020. The Notice of Appeal was filed December 8, 2020.

### II. Prior or Related Appeals

The following prior or related appellate proceedings are listed as follows:

1

| Court: | Case #: | Case Caption/Title | Ruling Date |
|---|---|---|---|
| Fifth Circuit COA | 00-50523 | *United States v. Brandon Bernard* Direct Appeal, 299 F.3d 467 (5th Cir. 2002) | Denied 07/19/2002 |
| | | [Petition for Rehearing En Banc denied, 51 Fed.App'x. 931] | Denied 10/10/2002 |
| US Supreme Court | 02-8492 | *Brandon Bernard v. United States* Petition for Writ of Certiorari, 539 U.S. 928 (2003) | Denied 06/16/2003 |
| Fifth Circuit COA | 13-70013 | *United States v. Brandon Bernard* Motion for Certificate of Appealability, 762 F.3d 467 | Denied 08/11/2014 |
| | | [Petition for Rehearing En Banc denied, document: 00512807460] | Denied 10/20/2014 |
| US Supreme Court | 14-8071 | *Brandon Bernard v. United States* Petition for Writ of Certiorari | Denied 01/19/2016 |
| Fifth Circuit COA | 18-70008 | *United States v. Brandon Bernard* Application for Certificate of Appealability Regarding Denial of Rule 60(b) Motion, [Document: 00514642203] | Denied 09/14/2018 |
| US Supreme Court | 18-6992 | *Brandon Bernard v. United States* Petition for Writ of Certiorari | Denied 01/13/2020 |
| Fifth Circuit COA | 19-50837 | *In re: Brandon Bernard v. United States* Application for Authorization to File Second or Successive Petition, 826 F. App'x 356 | Denied 09/09/2020 |
| Fifth Circuit COA | 19-70021 | *United States v. Brandon Bernard* Appeal of Treatment of § 2255 as Second or Successive Petition, 820 F. App'x 309 | Remand 09/09/2020 |
| | | [Petition for Rehearing En Banc Denied, Document: 00515629904] | Denied 11/06/2020 |

| US Supreme Court | 20-6570 | *Brandon Bernard v. United States* Petition for Writ of Certiorari | Filed 12/08/20 |
| --- | --- | --- | --- |
| US Supreme Court | 20A110 | *Brandon Bernard v. United States* Emer. Application for Stay of Execution | Filed 12/08/20 |

### III.  Custodial Information

Mr. Bernard is currently confined at the United States Penitentiary, Terre Haute, Indiana. The current warden at USP-Terre Haute is T.J. Watson. Mr. Bernard is under a sentence of death and scheduled to be executed Thursday, Dec. 10, 2020, at 6:00 pm Eastern time.

DATED this 8th day of December, 2020.

Respectfully submitted,

**\*ROBERT C. OWEN**
Law Office of Robert C. Owen, LLC
53 W. Jackson Blvd., Ste. 1056
Chicago, Illinois 60604
Phone: (512) 577-8329
Email: robowenlaw@gmail.com
Texas Bar No.: 15371950

**JOHN R. CARPENTER**
Assistant Federal Public Defender
Federal Public Defender for the
Western District of Washington
1331 Broadway, Suite 400
Tacoma, Washington  98402
Phone: 253.593.6710
Email: john_carpenter@fd.org
Washington Bar No.: 23301

\*Lead Counsel for Petitioner

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

                                                    s/ Amy Strickling, Paralegal  
                                                    Federal Public Defender Office