IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRANDON BERNARD, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:20-CV-616 |
| v. | ) | |
| | ) | CAPITAL CASE |
| T.J. WATSON, | ) | EXECUTION SCHEDULED FOR |
| Warden, Federal Correctional | ) | DECEMBER 10, 2020 |
| Complex (FCC) Terre Haute, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION TO STAY EXECUTION PENDING APPEAL AND FOR STAY PENDING DISPOSITION OF STAY MOTION BY THE SEVENTH CIRCUIT**

Earlier today, this Court denied Brand Bernard a stay of his execution, which is currently scheduled for December 10, 2020. The Court determined that Bernard could not show a likelihood of success on his pending habeas motion. Petitioner has filed a notice and now asks this Court to "stay his execution" pending (1) resolution of his anticipated stay motion in the Seventh Circuit and (2) "resolution of his appeal of this Court's Order denying his motion for stay of execution." Doc. 21 at 1.

There is no basis for entering a stay. This Court has already determined that Bernard cannot satisfy the standard for a stay of execution. Bernard must satisfy that same standard to obtain a stay of execution pending appeal, *Vialva v. Watson*, 975 F.3d 664, 666 (7th Cir. 2020), and he cannot do so.

1

## CONCLUSION

This Court should deny Bernard's motion for a stay.

Respectfully submitted
JOHN C. CHILDRESS
Acting United States Attorney

By: <u>s/ Joseph H. Gay, Jr.</u>
JOSEPH H. GAY, JR.
Special Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100
joseph.gay@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on December 8, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joseph H. Gay, Jr.<br>
JOSEPH H. GAY, JR.