UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRANDON BERNARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00616-JRS-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Denying Motion to Stay Execution Pending Appeal**

The Court has denied petitioner Brandon Bernard's motion to stay execution. Mr. Bernard has filed a notice of appeal and a motion to stay execution pending appeal. For the reasons in the Court's order denying petitioner's motion to stay execution, dkt. [18], and because the standards governing the two motions are the same, Mr. Bernard's motion to stay execution pending appeal, dkt. [21], is **denied**.

**IT IS SO ORDERED.**

Date: 12/8/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Robert Carpenter
FEDERAL PUBLIC DEFENDER
john_carpenter@fd.org

Joseph H. Gay, Jr.
U.S. ATTORNEY'S OFFICE
joseph.gay@usdoj.gov

Robert C. Owen
LAW OFFICE OF ROBERT C. OWEN, LLC
robowenlaw@gmail.com