UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00616-JRS-DLP ) |
| T.J. WATSON, | ) ) ) |
| Respondent. | ) |

**Order Dismissing Action as Moot**

Petitioner Brandon Bernard filed this 28 U.S.C. § 2241 petition seeking to prevent the United States from executing him. The Court denied Mr. Bernard's motion to stay execution, and the United States carried out the execution. There is no relief available, so this action is moot. *See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (habeas petition becomes moot with petitioner's death). The action is therefore **dismissed**. Final judgment shall enter.

**IT IS SO ORDERED.**

Date: 2/1/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Robert Carpenter
FEDERAL PUBLIC DEFENDER
john_carpenter@fd.org

Joseph H. Gay, Jr.
U.S. ATTORNEY'S OFFICE
joseph.gay@usdoj.gov

Robert C. Owen
LAW OFFICE OF ROBERT C. OWEN, LLC
robowenlaw@gmail.com