# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 1, 2021

To:
Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute , IN 47807

|  |  |
|---|---|
| No. 20-3379 | BRANDON BERNARD,<br> Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br> Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00616-JRS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:   No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are

to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**  **Received by:**

2/1/2021   *Laura Townsend*

Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 10, 2020

Before

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 20-3379 | BRANDON BERNARD,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00616-JRS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney | |

    The Court has considered the Emergency Motion for a Stay of Execution Pending Appeal, filed on December 9, 2020 and the briefs, responses and replies of the parties.

    **IT IS ORDERED** that the Emergency Motion for Stay of Execution Pending Appeal is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit